# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.   03-774 |
| vs. | Order of Reassignment |
| ROLAND AMOS | |

It is on this  17th    day of April, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE JOHN W. BISSELL TO JUDGE JOSEPH A. GREENAWAY, JR.

S/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT