AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:03cr774-01 |
| ROLAND AMOS ) | USM No: 24851-050 |
| ) | John Yauch, AFPD |
| Date of Previous Judgment: 06/28/2005 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __140__ months **is reduced to** __120 Months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __31__            Amended Offense Level: __29__
Criminal History Category: __VI__         Criminal History Category: __VI__
Previous Guideline Range: __188__ to __235__ months    Amended Guideline Range: __151__ to __188__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
   The reduced sentence takes into account the varience that the court awarded the defendant back in 2005 under 3553 and Booker

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __06/29/2005__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __06/12/2008__

Effective Date: __06/09/2008__
(if different from order date)

Judge's signature

Joseph A. Greenaway, Jr. U.S.D.J.
Printed name and title